No. 371. KEOGH v. NEELY, COLLECTOR OF INTERNAL REVENUE. Jurisdictional statement submitted October 19, 1931. Decided November 2, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 240 (b), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938). The petition for writ of certiorari is denied. *Mr. John W. Keogh, pro se. Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Hayner N. Larson* for appellee.

No. 31. SANTOVINCENZO, CONSUL OF THE KINGDOM OF ITALY AT NEW YORK, v. EGAN, PUBLIC ADMINISTRATOR, ET AL. Jurisdictional statement submitted April 20, 1931. Decided November 23, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, § 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is granted. For opinion in this case, see *ante,* p. 30.

No. 294. BURNET, COMMISSIONER OF INTERNAL REVENUE, v. HOWES BROTHERS HIDE CO. ET AL. Certiorari submitted October 5, 1931. Decided November 23, 1931. *Per Curiam:* The petition for a writ of certiorari in this case is granted. The decree